# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAJUAN JACKSON,

          Petitioner,

      v.

SUZAN L. HUBBARD, Warden,

          Respondent.

Case No. CV 11-4589-JVS (SP)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 114) is granted, and therefore Grounds One and Two are dismissed from the First Amended Petition with prejudice.

DATED: May 16, 2018

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE