JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN JACKSON,<br><br>    Petitioner,<br><br>    v.<br><br>SUZAN L. HUBBARD, Warden,<br><br>    Respondent. | Case No. CV 11-4589-JVS (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: April 30, 2020  _____
                                      HONORABLE JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE